THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LESTER LEWIS *et al.*, Defendants-Appellants.

(Nos. 59035, 59116 cons.;

First District (5th Division)—May 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Joseph M. Dvorak, III, and Ira Churgin, Assistant Public Defenders, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Lawrence D. O'Gara, Assistant State's Attorneys, of counsel), for the People.